No. 82–6815.  AMICK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 82–6818.  ROSS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 82–6834.  GOMETZ v. MILLER, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 82–6839.  HARRIS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 82–6847.  SCOTT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 82–6859.  BARTOS v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 82–6861.  BYRD v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 82–6863.  JOHNSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–6875.  MINICOZZI v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 81–1772.  MARTELL ET AL. v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.  JUSTICE BLACKMUN would grant certiorari, vacate the judgment, and remand for further consideration in light of *United States* v. *Place,* 462 U. S. 696 (1983).